# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTHART ENTERPRISES LLC, LIGHTHART HVAC INC., D.R. KOHLMAN, INC., and MARY JO NEUMANN,<br><br>    Defendants. | Case No. 22-CV-1406-JPS<br><br>**ORDER** |

On June 6, 2023, the Court preliminarily approved a contract for the sale of real property commonly known as 1117 Church Street, Saint Cloud, Wisconsin 53079 and certain equipment located therein (collectively, the "Property"), subject to a final confirmation of sale hearing. ECF No. 26. On June 27, 2023, the Court held a final confirmation of sale hearing, where the Court-appointed receiver, Matthew Brash (the "Receiver"), and counsel for Plaintiff appeared. ECF No. 29. No objectors or Defendants appeared, and Defendants do not oppose the sale or the sale contract. *Id.*; ECF No. 26. The Court found at the hearing, and reiterates in this written Order, that

 (i) Plaintiff made the requisite publication of the confirmation of sale hearing and the terms of the sale, *see* ECF No. 27;

 (ii) No objections to confirmation were filed or made in open court;

 (iii) The price of the sale is not less than two-thirds of the appraised value submitted by three disinterested Court-appointed appraisers; and

(iv) The sale is in the best interests of the estate.

ECF No. 29.

Accordingly,

**IT IS ORDERED** that the sale and the sale contract submitted with and described in the Receiver's unopposed motion for approval of sale agreement, ECF No. 25, be and the same is hereby **CONFIRMED**; and

**IT IS FURTHER ORDERED** that the Receiver may close the sale, issue a judicial sales deed to buyer, and sign any other documents necessary to effectuate closing.[1]

Dated at Milwaukee, Wisconsin, this 5th day of July, 2023.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

---

[1] As noted at the confirmation of sale hearing, ECF No. 29, the Court awaits further filings as to the vehicles. After the adjudication of those filings, this case will be terminated.